Robert Whitmore, Trustee
3600 Lime Street, Suite 616
Riverside, CA 92501
Phone: 951-276-9292

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### RIVERSIDE DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| APPLE INVESTMENT GROUP, INC. | § | Case No. 6:16-bk-21018-WJ |
| | § | |
| Debtor | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

ROBERT S. WHITMORE, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00 *(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants: 1,558,099.72 | Claims Discharged Without Payment: NA |
| Total Expenses of Administration: 91,900.28 | |

3) Total gross receipts of $ 1,650,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 1,650,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 270,000.00 | $ 2,223,280.58 | $ 1,967,612.81 | $ 1,516,328.58 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 154,107.46 | 91,900.28 | 91,900.28 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 18,627.82 | 18,627.82 | 18,627.82 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 963,206.38 | 826,146.38 | 23,143.32 |
| **TOTAL DISBURSEMENTS** | $ 270,000.00 | $ 3,359,222.24 | $ 2,904,287.29 | $ 1,650,000.00 |

4) This case was originally filed under chapter 7 on 12/19/2016 . The case was pending for 36 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/12/2019          By: /s/ROBERT S. WHITMORE, TRUSTEE
                                       Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Liquidation of Real Property (Schedule A) | 1110-000 | 1,650,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 1,650,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BEV. CATH | | 0.00 | NA | NA | 0.00 |
| | EAST WEST BANK | | 0.00 | NA | NA | 0.00 |
| | JIM BASTIAN OF SHULMAN HODGES & BASTIAN, LLP | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BEVERLY CATH ARLENE CORPORATION | 4110-000 | NA | 243,000.00 | 243,000.00 | 243,000.00 |
| | EAST -WEST BANK NOTE #1 & #3 | 4110-000 | NA | 1,027,601.10 | 1,027,601.10 | 1,027,601.10 |
| 000009A | SHB INVESTMENTS, LLC | 4110-000 | NA | 257,828.73 | 104,000.00 | 0.00 |
| 000008 | BEVERLY-CATH ARLENE CORPORATION | 4120-000 | 270,000.00 | 351,331.51 | 243,000.00 | 0.00 |
| | CITY OF APPLE VALLEY | 4120-000 | NA | 3,191.81 | 3,191.81 | 3,191.81 |
| | SHB INVESTMENTS, LLC | 4120-000 | NA | 104,000.00 | 104,000.00 | 104,000.00 |
| | SPRING VALLEY LAKE ASSOCIATION | 4120-000 | NA | 1,191.44 | 1,191.44 | 1,191.44 |
| 000010A | SYSCO LOS ANGELES, | 4120-000 | NA | 57,312.82 | 33,060.00 | 33,060.00 |
| | COMMONWEALTH LAND TITLE COMPANY | 4700-000 | NA | -38,729.55 | -38,729.55 | -38,729.55 |
| | SAN BERNARDINO COUNTY TAX COLLECTOR | 4700-000 | NA | 143,013.78 | 143,013.78 | 143,013.78 |
| 000006 | COUNTY OF SAN BERNARDINO | 4800-000 | NA | 73,538.94 | 104,284.23 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 270,000.00 | $ 2,223,280.58 | $ 1,967,612.81 | $ 1,516,328.58 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:ROBERT S. WHITMORE | 2100-000 | NA | 72,750.00 | 41,803.45 | 41,803.45 |
| TRUSTEE EXPENSES:ROBERT S. WHITMORE | 2200-000 | NA | 54.26 | 54.26 | 54.26 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | 9.93 | 9.93 | 9.93 |
| COMMONWEALTH LAND TITLE COMPANY | 2500-000 | NA | 271.00 | 271.00 | 271.00 |
| UNION BANK | 2600-000 | NA | 1,176.74 | 1,176.74 | 1,176.74 |
| U.S. BANKRUPTCY COURT | 2700-000 | NA | 350.00 | 350.00 | 350.00 |
| FRANCHISE TAX BOARD | 2990-000 | NA | 1,629.28 | 1,629.28 | 1,629.28 |
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):REID & HELLYER | 3210-000 | NA | 72,245.00 | 41,513.27 | 41,513.27 |
| ATTORNEY FOR TRUSTEE EXPENSES (OTHER FIRM):REID & HELLYER | 3220-000 | NA | 1,243.35 | 714.45 | 714.45 |
| ACCOUNTANT FOR TRUSTEE FEES (OTHER FIRM):DONALD T. FIFE | 3410-000 | NA | 3,948.00 | 3,948.00 | 3,948.00 |
| ACCOUNTANT FOR TRUSTEE EXPENSES (OTHER FIRM):DONALD T. FIFE | 3420-000 | NA | 429.90 | 429.90 | 429.90 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 154,107.46 | $ 91,900.28 | $ 91,900.28 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | CALIFORNIA DEPARTMENT OF TAX AND FE | 5800-000 | NA | 11,530.35 | 11,530.35 | 11,530.35 |
| 000004 | FRANCHISE TAX BOARD | 5800-000 | 0.00 | 7,097.47 | 7,097.47 | 7,097.47 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 0.00 | $ 18,627.82 | $ 18,627.82 | $ 18,627.82 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | UNITED PARCEL SERVICE-DOMESTIC | 7100-000 | 0.00 | 145.54 | 145.54 | 145.54 |
| 000007 | BEVERLY-CATH ARLENE CORPORATION | 7400-000 | NA | 647,919.29 | 647,919.29 | 18,039.58 |
| 000009B | SHB INVESTMENTS, LLC | 7400-000 | NA | 257,828.73 | 153,828.73 | 4,282.95 |
| 000010B | SYSCO LOS ANGELES, | 7400-000 | NA | 57,312.82 | 24,252.82 | 675.25 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 0.00 | $ 963,206.38 | $ 826,146.38 | $ 23,143.32 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 16-21018 WJ | Judge: WAYNE E. JOHNSON | Trustee Name: | ROBERT S. WHITMORE, TRUSTEE |
|---|---|---|---|---|
| Case Name: | APPLE INVESTMENT GROUP, INC. | | Date Filed (f) or Converted (c): | 12/19/16 (f) |
| | | | 341(a) Meeting Date: | 07/31/17 |
| For Period Ending: | 12/12/19 | | Claims Bar Date: | 01/22/18 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. COMMERCIAL PROPERTY 19250 BEAR VALLEY RD., APPLE VALLEY, CA 92308 (PER AMENDED SCH. 05-05-17) | 1,300,000.00 | 1,700,000.00 | | 1,650,000.00 | FA |

TOTALS (Excluding Unknown Values)   $1,300,000.00   $1,700,000.00   $1,650,000.00

Gross Value of Remaining Assets   $0.00

(Total Dollar Amount in Column 6)

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

PERIOD ENDING 12/31/18

MOTION TO SELL APPLE VALLEY PROPERTY CONTINUED TO 01/30/18; CONTINUED TO 2/1/18;

ORDER ENTERED 02/01/18 APPROVING SALE OF APPLE VALLEY PROPERTY;

APPLICATION FOR AUTHORITY TO EMPLOY DONALD T. FIFE AS ACCOUNTANT FOR TRUSTEE; ORDER ENTERED 06-14-18 AUTHORIZING EMPLOYMENT OF ACCOUNTANT;

CLAIMS REVIEW COMPLETED. NO OBJECTIONS TO CLAIMS NECESSARY;

RECEIVED ACCEPTANCE LETTER FROM IRS;

TRUSTEE PREPARING TFR

PERIOD ENDING 12/31/17:

THIS IS AN INVOLUNTARY;

DEBTOR OWNS COMMERCIAL PROPERTY IN APPLE VALLEY

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 16-21018    WJ    Judge: WAYNE E. JOHNSON | Trustee Name: | ROBERT S. WHITMORE, TRUSTEE |
| Case Name: | APPLE INVESTMENT GROUP, INC. | Date Filed (f) or Converted (c): | 12/19/16 (f) |
| | | 341(a) Meeting Date: | 07/31/17 |
| | | Claims Bar Date: | 01/22/18 |

NEGOTIATING WITH SECURED CREDITORS TO REDUCE LIENS IN ORDER TO SELL REAL PROPERTY;

ORDER ENTERED 05-3-17 AUTHORIZING EMPLOYMENT OF REID & HELLYER TO ASSIST TRUSTEE WITH POSSIBLE SALE;

09-2-17 MOTION FOR SALE OF PROPERTY FILED; HEARING SET FOR 10/17/17;

MOTION TO SELL PROPERTY CONTINUED TO 01/30/18

TRUSTEE TO EMPLOY ACCOUNTANT TO PREPARE TAX RETURNS IF PROPERTY IS LIQUIDATED


THIS CASE WAS FILED AS AN INVOLUNTARY;

INVESTIGATING DEBTOR'S INTEREST IN REAL PROPERTY;

NEGOTIATING WITH SECURED CREDITORS TO REDUCE LIENS IN ORDER TO SELL REAL PROPERTY;

EMPLOYING ATTORNEY FOR TRUSTEE TO ASSIST WITH POSSIBLE SALE OF REAL PROPERTYY;

ORDER ENTERED 05-3-17 AUTHORIZING EMPLOYMENT OF REID & HELLYER AS ATTORNEY FOR TRUSTEE;

09-2-17 MOTION FOR SALE OF APPLE VALLEY PROPERTY FILED; HEARING SET FOR 10/17/17;

MOTION TO SELL PROPERTY CONTINUED TO 01/30/18; CONTINUED TO 2/1/18;

ORDER ENTERED  02/01/18 APPROVING SALE OF APPLE VALLEY PROPERTY;

03-06-18 ORDER ENTERED APPROVING TERMINATION OF LEASE;

APPLICATION FOR AUTHORITY TO EMPLOY DONALD T. FIFE AS ACCOUNTANT FOR TRUSTEE; ORDER ENTERED 06-14-18 AUTHORIZING

EMPLOYMENT OF ACCOUNTANT


Initial Projected Date of Final Report (TFR): 12/31/19         Current Projected Date of Final Report (TFR): 12/31/19

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 16-21018 -WJ | Trustee Name: | ROBERT S. WHITMORE, TRUSTEE |
|---|---|---|---|
| Case Name: | APPLE INVESTMENT GROUP, INC. | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******8966 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3498 | | |
| For Period Ending: | 12/12/19 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/02/18 | | MATTHEW BURNETT, BROKER FOR EPHRAM NEHME | DEPOSIT RE PURCHASE OF REAL PROPERY | 1110-000 | 10,000.00 | | 10,000.00 |
| 02/09/18 | 010001 | INTERNATIONAL SURETIES, LTD 701 POYDRAS STREET SUITE #420 NEW ORLEANS, LA 70139 | TRUSTEE BLANKET BOND BOND #016030867 01/04/18 TO 01/04/19 | 2300-000 | | 5.17 | 9,994.83 |
| * 03/26/18 | 1 | COMMONWEALTH LAND TITLE COMPANY | PROCEEDS FROM SALE OF REAL PROP | | 1,650,000.00 | | 1,659,994.83 |
| * 03/26/18 | 1 | COMMONWEALTH LAND TITLE COMPANY | PROCEEDS FROM SALE OF REAL PROP INCORRECT AMOUNT LISTED IN ERROR | | -1,650,000.00 | | 9,994.83 |
| 03/26/18 | 1 | COMMONWEALTH LAND TITLE COMPANY | PROCEEDS FROM SALE OF REAL PROP | | 64,413.77 | | 74,408.60 |
| | | COMMONWEALTH LAND TITLE COMPANY | Memo Amount:     1,640,000.00 PROCEEDS FROM SALE OF REAL PROP | 1110-000 | | | |
| | | EAST -WEST BANK NOTE #1 & #3 | Memo Amount:   ( 1,027,601.10 ) TRUST DEED HOLDER NOTE #1 & #3 | 4110-000 | | | |
| | | SAN BERNARDINO COUNTY TAX COLLECTOR | Memo Amount:   ( 143,013.78 ) STATE AND LOCAL TAXES | 4700-000 | | | |
| | | COMMONWEALTH LAND TITLE COMPANY | Memo Amount:   ( 271.00 ) MISCELLANEOUS CLOSING COSTS | 2500-000 | | | |
| | | BEVERLY CATH ARLENE CORPORATION | Memo Amount:   ( 243,000.00 ) SECURED CREDITOR, CLM #8 | 4110-000 | | | |
| | | SHB INVESTMENTS, LLC | Memo Amount:   ( 104,000.00 ) SECURED CREDITOR, CLAIM #9 | 4120-000 | | | |
| | | SYSCO LOS ANGELES | Memo Amount:   ( 33,060.00 ) SECURED CREDITOR; CLAIM #1 | 4120-000 | | | |
| | | SPRING VALLEY LAKE ASSOCIATION | Memo Amount:   ( 1,191.44 ) ASSOCIATION ASSESSMENT | 4120-000 | | | |
| | | CITY OF APPLE VALLEY | Memo Amount:   ( 3,191.81 ) UTILITY LIEN | 4120-000 | | | |

Page Subtotals      74,413.77      5.17

Ver: 22.02b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 16-21018 -WJ | | Trustee Name: | ROBERT S. WHITMORE, TRUSTEE |
|---|---|---|---|---|
| Case Name: | APPLE INVESTMENT GROUP, INC. | | Bank Name: | UNION BANK |
| | | | Account Number / CD #: | *******8966 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3498 | | | |
| For Period Ending: | 12/12/19 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | FRANCHISE TAX BOARD | Memo Amount: ( 1,629.28 ) ADMINISTRATIVE TAXES; CLAIM #3 | 2990-000 | | | |
| | | FRANCHISE TAX BOARD | Memo Amount: ( 7,097.47 ) PRIORITY TAXES; CLAIM #4 | 5800-000 | | | |
| | | CALIFORNIA DEPT OF TAX AND FEE | Memo Amount: ( 11,530.35 ) PRIORITY TAXES; CLAIM #5 | 5800-000 | | | |
| | | MATTHEW BURNETT BROKER FOR | Memo Amount: ( 10,000.00 ) DEPOSIT OUTSIDE ESCROW | 1110-000 | | | |
| | | MATTHEW BURNETT, BROKER FOR BUYER | Memo Amount: 10,000.00 DEPOSIT RECEIVED | 1110-000 | | | |
| 03/26/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 74,393.60 |
| 04/25/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 30.29 | 74,363.31 |
| 05/25/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 107.00 | 74,256.31 |
| 05/29/18 | 010002 | INTERNATIONAL SURETIES, LTD 701 POYDRAS STREET SUITE #420 NEW ORLEANS, LA 70139 | TRUSTEE'S BOND (Increase) Bond #016030867 01/04/2018 - 01/04/2019 | 2300-000 | | 4.76 | 74,251.55 |
| 06/25/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 110.49 | 74,141.06 |
| 07/10/18 | | COMMONWEALTH LAND TITLE COMPANY ESCROW TRUST ACCOUNT | REFUND OVERPAYMENT OF TAXES | 4700-000 | | -38,729.55 | 112,870.61 |
| 07/25/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 106.77 | 112,763.84 |
| 08/27/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 149.15 | 112,614.69 |
| 09/25/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 167.56 | 112,447.13 |
| 10/25/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 161.93 | 112,285.20 |
| 11/26/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 167.08 | 112,118.12 |
| 12/26/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 161.47 | 111,956.65 |
| 05/09/19 | 010003 | ROBERT S. WHITMORE 3600 LIME STREET SUITE #616 | Ch 7 Trustee Compensation | 2100-000 | | 41,803.45 | 70,153.20 |

Page Subtotals  0.00  4,255.40

Ver: 22.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

FORM 2

Page: 3

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 16-21018 -WJ | Trustee Name: | ROBERT S. WHITMORE, TRUSTEE |
|---|---|---|---|
| Case Name: | APPLE INVESTMENT GROUP, INC. | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******8966 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3498 | | |
| For Period Ending: | 12/12/19 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | RIVERSIDE, CA 92501 | | | | |
| 05/09/19 | 010004 | ROBERT S. WHITMORE<br>3600 LIME STREET<br>SUITE #616<br>RIVERSIDE, CA 92501 | Ch 7 Trustee Expenses | 2200-000 | | 54.26 | 70,098.94 |
| 05/09/19 | 010005 | U.S. BANKRUPTCY COURT<br>CLERK'S OFFICE<br>3420 TWELFTH STREET<br>RIVERSIDE, CA 92501 | Ch 7 Court Costs | 2700-000 | | 350.00 | 69,748.94 |
| 05/09/19 | 010006 | REID & HELLYER<br>SCOTT TALKOV<br>3880 LEMON ST., 5TH FL.<br>P.O. BOX 1300<br>RIVERSIDE, CA 92502-1300 | Ch 7 Attorney for Trustee Fees (O) | 3210-000 | | 41,513.27 | 28,235.67 |
| 05/09/19 | 010007 | REID & HELLYER<br>SCOTT TALKOV<br>3880 LEMON ST., 5TH FL.<br>P.O. BOX 1300<br>RIVERSIDE, CA 92502-1300 | Ch 7 Attorney for Trustee Exp (O) | 3220-000 | | 714.45 | 27,521.22 |
| 05/09/19 | 010008 | DONALD T. FIFE<br>HAHN FIFE & CO., LLC<br>790 E. COLORADO BLVD.<br>9TH FL<br>PASADENA, CA 91101 | ACCOUNTANT FEES & EXPENSES | 3410-000 | | 3,948.00 | 23,573.22 |
| 05/09/19 | 010009 | DONALD T. FIFE<br>HAHN FIFE & CO., LLC<br>790 E. COLORADO BLVD.<br>9TH FL<br>PASADENA, CA 91101 | ACCOUNTANT FEES & EXPENSES | 3420-000 | | 429.90 | 23,143.32 |
| 05/09/19 | 010010 | UNITED PARCEL SERVICE-DOMESTIC | Claim 000001, Payment 100.00000% | 7100-000 | | 145.54 | 22,997.78 |
| | | | Page Subtotals | | 0.00 | 47,155.42 | |

Ver: 22.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 12)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

Exhibit 9

| | |
|---|---|
| Case No: | 16-21018 -WJ |
| Case Name: | APPLE INVESTMENT GROUP, INC. |
| Taxpayer ID No: | *******3498 |
| For Period Ending: | 12/12/19 |

| | |
|---|---|
| Trustee Name: | ROBERT S. WHITMORE, TRUSTEE |
| Bank Name: | UNION BANK |
| Account Number / CD #: | *******8966 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/09/19 | 010011 | C/O RECEIVABLE MANAGEMENT SERVICES ("RMS<br>P.O. BOX 361345<br>COLUMBUS, OH 43236<br>BEVERLY-CATH ARLENE CORPORATION<br>C/O DANIEL K. GENTILE<br>POPE & GENTILE, APC<br>15500 WEST SAND STREET, SUITE 5<br>VICTORVILLE, CA 92392 | ACCT #F48228<br><br><br>Claim 000007, Payment 2.78423% | 7400-000 | | 18,039.58 | 4,958.20 |
| * 05/09/19 | 010012 | SHB INVESTMENTS, LLC<br>100 SPECTRUM CENTER DRIVE, SUITE 600<br>IRVINE CA 92618 | Claim 000009B, Payment 2.78423% | 7400-000 | | 4,282.95 | 675.25 |
| 05/09/19 | 010013 | SYSCO LOS ANGELES,<br>C/O LISA E. SPIWAK<br>SPIWAK & IEZZA LLP<br>555 MARIN STREET, SUITE 140<br>THOUSAND OAKS, CA 91360 | Claim 000010B, Payment 2.78421% | 7400-000 | | 675.25 | 0.00 |
| * 09/27/19 | 010012 | SHB INVESTMENTS, LLC<br>100 SPECTRUM CENTER DRIVE, SUITE 600<br>IRVINE CA 92618 | Stop Payment Reversal<br>SA | 7400-000 | | -4,282.95 | 4,282.95 |
| 09/30/19 | 010014 | SHB INVESTMENTS, LLC<br>ATTN: JAMES C. BASTIAN, JR.<br>100 SPECTRUM CENTER DRIVE, SUITE 600<br>IRVINE CA 92618 | Claim 000009B, Payment 2.78423%<br>(replaces ck #10012) | 7400-000 | | 4,282.95 | 0.00 |

Page Subtotals    0.00    22,997.78

Ver: 22.02b

LFORM24

UST Form 101-7-TDR (10/1/2010)  (Page: 13)

FORM 2

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 16-21018 -WJ |
| Case Name: | APPLE INVESTMENT GROUP, INC. |
| Taxpayer ID No: | *******3498 |
| For Period Ending: | 12/12/19 |

| | |
|---|---|
| Trustee Name: | ROBERT S. WHITMORE, TRUSTEE |
| Bank Name: | UNION BANK |
| Account Number / CD #: | *******8966  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 1,650,000.00 | COLUMN TOTALS | 74,413.77 | 74,413.77 | 0.00 |
| Memo Allocation Disbursements: | 1,585,586.23 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 74,413.77 | 74,413.77 | |
| Memo Allocation Net: | 64,413.77 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 74,413.77 | 74,413.77 | |
| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 1,650,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 1,585,586.23 | Checking Account (Non-Interest Earn - *******8966 | 74,413.77 | 74,413.77 | 0.00 |
| | | | ----------------------- | ----------------------- | ----------------------- |
| Total Memo Allocation Net: | 64,413.77 | | 74,413.77 | 74,413.77 | 0.00 |
| | | | ============= | ============= | ============= |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      0.00      0.00

Ver: 22.02b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 14)*